# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                      No. 4:16CR00269 JLH

CLINTON BRADLEY LOOPER, JR.                                DEFENDANT

## JUDGMENT

On the 29th day of May, 2018, this case came before the Court for trial. Both sides moved to waive a jury trial, and the Court granted the motion. After receiving all of the evidence and hearing arguments from counsel, the Court found that the government had failed to prove that the defendant, Clinton Bradley Looper, Jr., was guilty beyond a reasonable doubt. The defendant is therefore acquitted on the charge in the indictment in this case.

IT IS SO ORDERED this 29th day of May, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE